COPY

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

E-filing    Northern District of California

| RICHARD WITTREN | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Pete Geren, Secretary, Department of the Army | ) |
| Defendant | ) |

**Summons in a Civil Action**

MEJ

To: Pete Geren, Secretary, Department of the Army
    *(Defendant's name)*

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Beverly Saxon Leonard
The Saxon Leonard Law Firm
1001 Second St., Ste. 345
Napa, CA 94559

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: _____    MARY ANN BUCKLEY
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*