POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Beverly S Leonard, 153105 <br> LAW OFFICES OF BEVERLY LEONARD <br> 1001 2nd Street Suite 345 <br> Napa, CA 94559 <br> TELEPHONE NO.: (707) 257-5378 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY  |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: RICHARD WITTREN <br> DEFENDANT/RESPONDENT: PETE GEREN, SECRETARY, DEPARTMENT OF THE | CASE NUMBER: <br> CV082220 MEJ |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Complaint, Civil Case Cover Sheet, Order

3. a. Party served: PETER GREEN, SECRETARY,

   b. Person Served: Elsie Sato/Clerk - Person authorized to accept service of process

4. Address where the party was served: 450 GOLDEN GATE AVE, 9th Fl.
   SAN FRANCISCO, CA 94102

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 5/28/2008    (2) at (time): 3:58 PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

7. Person who served papers
   a. Name:           Chris Beale
   b. Address:        One Legal - 194-Marin
                      504 Redwood Blvd #223
                      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 44.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No. 1020
          (iii) County ALAMEDA

**BY FAX**

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 5/28/2008

Chris Beale
(NAME OF PERSON WHO SERVED PAPERS)

*Chris Beale*
(SIGNATURE)

Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 <br> (Rev. Jan 1, 2007)

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10 <br> FF# 6663206