1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ANDREW Y.S. CHENG (SBN 164613)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, 9th Floor
       San Francisco, California 94102-3495
       Telephone:  (415) 436-6813
6      Facsimile:   (415) 436-6748
       Email:      andrew.cheng@usdoj.gov
7
   Attorneys for Federal Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

RICHARD WITTREN,                    )    No. C 08-2220 MEJ
                                    )    **E-FILING CASE**
            Plaintiff,              )
                                    )    **FEDERAL DEFENDANT'S CONSENT**
        v.                          )    **TO ASSIGNMENT TO MAGISTRATE**
                                    )    **JUDGE**
PETE GREEN, Secretary of the Army,  )
                                    )
            Defendant.              )
_____)

In accordance with the provisions of 28 U.S.C. Section 636(c), Pete Green, Secretary of the Army, ("Federal Defendant") hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge.

                                      Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

Dated: June 5, 2008                                  /s/
                                      ANDREW Y.S. CHENG
                                      Assistant United States Attorney