1 Beverly Saxon Leonard, 153105
THE SAXON LEONARD LAW FIRM
2 1001 Second Street, Suite 345
Napa, California 94559
3 Tel (707) 257-5378
Fax (707) 257-5399
4
Attorney for Plaintiff
5 RICHARD WITTREN

6

7

8            IN THE DISTRICT COURT OF THE UNITED STATES

9        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 RICHARD WITTREN,                    | Case No.: C 08-02220-MEJ

11        Plaintiff,                   | **CONSENT TO ASSIGNMENT OR**
                                        | **REQUEST OR REASSIGNMENT**
12 v.

13 PETE GEREN, SECRETARY,
DEPARTMENT OF THE ARMY,
14
        Defendant.
15

16        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

17        In accordance with the provisions of 18 U.S.C. § 636(c), the undersigned party hereby

18 consents to have a United States Magistrate Judge conduct any and all further proceedings in this

19 case, including trial, and order the entry of final Judgment, and voluntarily waives the right to

20 proceed before a United States District Judge.

21

22 Date: 7/17/08                        Signed by: _____
                                                   Beverly Saxon Leonard
23                                                 Attorney for Plaintiff

24

25

26

27

28                                    -1-

The Saxon Leonard Law Firm
1001 Second Street, Suite 345
Napa, California 94559
Tel (707) 257-5378
Fax (707) 257-5399