Beverly Saxon Leonard, 153105
THE SAXON LEONARD LAW FIRM
1001 Second Street, Suite 345
Napa, California 94559
Tel (707) 257-5378
Fax (707) 257-5399

Attorney for Plaintiff
RICHARD WITTREN

IN THE DISTRICT COURT OF THE UNITED STATES

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WITTREN,<br><br>Plaintiff,<br><br>v.<br><br>PETE GEREN, SECRETARY,<br>DEPARTMENT OF THE ARMY,<br><br>Defendant. | Case No.: C 08-02220-MEJ<br><br>STIPULATION AND ORDER |

IT IS HEREBY STIPULATED that because of plaintiff's counsel's absence from the country, the existing deadlines will be extended as follows:

1. The deadline for filing the Response to Complaint will be August 13, 2008.

2. The Joint Case Management Conference Statement will be filed by August 14, 2008.

3. The Case Management Conference will be continued to August 21, 2008 or an alternate date at the Court's discretion.

Date: 7/17/08                    Signed by: _____
                                 Beverly Saxon Leonard
                                 Attorney for Plaintiff

Date: 7/18/08                    Signed by: _____
                                 Victoria R Carradero
                                 Attorney for Defendant

-1-

STIPULATION AND ORDER
WITTREN V. GEREN, U.S. DISTRICT COURT CASE NO. C 08-02220-MEJ

**IT IS HEREBY ORDERED:**

1. The deadline for filing the Response to Complaint will be August 13, 2008.

2. The Joint Case Management Conference Statement will be filed by August 14, 2008.

3. The Case Management Conference will be continued to _____.

Date: _____

_____
The Honorable Judge of the
Northern District Court

-2-

STIPULATION AND ORDER
WITTREN v. GEREN, U.S. DISTRICT COURT CASE NO. C 08-02220-MEJ

The Jason Leonard Law Firm
1001 Second Street, Suite 345
Napa, California 94559
Tel (707) 257-5378
Fax (707) 257-5399