ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

September 3, 2008

Beverly Jean Saxon-Leonard
The Saxon Leonard Law Firm
1001 Second Street, Suite 345
Napa, CA 94559
707-257-5378

Andrew Y.S. Cheng
Victoria R. Carradero
U.S. Attorney's Office
450 Golden Gate Ave., 10th Fl.
San Francisco, CA 94102-3495
415-436-6813

Re:   Wittren v. Geren
      Case No. C 08-02220 MEJ MED

Dear Counsel:

   The ADR Program would like to convene a conference call a member of it's legal staff to discuss the mediation referral. We would like to schedule this for Thursday, September 11, 2008 at 10:30 a.m. This office will initiate the call to the phone numbers above unless directed otherwise. If you are unavailable at this time, please contact your opposing counsel and provide me with three alternative times you are available during the same week.

   Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator