JOSEPH P. RUSSONIELLO (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, 9TH Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7181
Fax: (415) 436-6748
Email: victoria.carradero@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD WITTREN, ) | Case No. C 08 - 2220 MEJ |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER ON DEADLINE TO COMPLETE ADR |
| PETE GEREN, SECRETARY, ) DEPARTMENT OF THE ARMY, ) | |
| Defendant. ) | |

STIPULATION AND [PROPOSED] ORDER ON DEADLINE TO COMPLETE ADR- Case No.
C 08 - 2220 MEJ

1  Plaintiff and Defendant, by and through their undersigned attorneys, hereby enter into the following stipulation and request its approval by the Court.

WHEREAS the parties have consulted with the ADR office as required by the Court;

WHEREAS, due to scheduling issues, the parties will not be able to complete ADR in the near future;

WHEREAS, the Court has set forth a summary judgment briefing and hearing schedule that the parties are using as a guide for the timing of ADR;

ACCORDINGLY, the parties agree to complete ADR by September 4, 2009.

**IT IS HEREBY STIPULATED:**

Dated: October 15, 2008                    THE SAXON LEONARD LAW FIRM

                                           _____/s/_____
                                           By: Beverly Saxon Leonard
                                           Attorneys for Plaintiff


Dated October 15, 2008                     JOSEPH P. RUSSONIELO

                                           _____/s/_____
                                           By: Victoria R. Carradero
                                           Assistant United States Attorney
                                           Attorneys for Defendant


Pursuant to Stipulation, **IT IS HEREBY ORDERED** that the deadline for the parties to complete ADR in this matter is September 4, 2009.


DATED:  October 17, 2008                   _____
                                           Magistrate Judge Maria-Elena James