JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

   450 Golden Gate Avenue, 9TH Floor
   San Francisco, California 94102-3495
   Telephone: (415) 436-7181
   Fax: (415) 436-6748
   Email: victoria.carradero@usdoj.gov

Attorneys for Defendant

Beverly Jean Saxon-Leonard (CSBN 153105)
The Saxon Leonard Law Firm

   1001 Second Street, Suite 345
   Napa, CA 94559
   Telephone: (707) 257-5378
   Fax: (707) 257-5399
   Email: bsleonard@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD WITTREN, <br><br> Plaintiff, <br><br> v. <br><br> PETE GEREN, SECRETARY, DEPARTMENT OF THE ARMY, <br><br> Defendant. | Case No. C 08 - 2220 MEJ <br><br> STIPULATION AND [PROPOSED] ORDER TO MODIFY DISCOVERY AND SUMMARY JUDGMENT DATES |

| | |
|---|---|
| 1 | Plaintiff and Defendant, by and through their undersigned attorneys, hereby enter into the |
| 2 | following stipulation and request its approval by the Court. |
| 3 | WHEREAS the parties have consulted with the ADR office as required by the Court; |
| 4 | WHEREAS, due to significant scheduling conflicts of the parties and the mediator, the |
| 5 | parties have not been able to schedule a mediation date until July 15, 2009; |
| 6 | WHEREAS, the parties would like to save time and effort prior to the mediation and thus, |
| 7 | slightly alter the current scheduling order to defer discovery and summary judgment dates until |
| 8 | after the mediation is completed; |
| 9 | ACCORDINGLY, the parties agree to continue the following dates: |
| 10 | Summary judgment filing date continued from July 2, 2009 to August 20, 2009; |
| 11 | Summary judgment hearing date continued from August 6, 2009 to September 24, 2009; |
| 12 | Fact discovery cut-off date continued from June 5, 2009 to August 10, 2009; |
| 13 | Expert disclosure date continued from May 11, 2009 to September 1, 2009; |
| 14 | Rebuttal expert disclosure date continued from May 21, 2009 to September 22, 2009; |
| 15 | Expert discovery cut-off date continued from June 5, 2009 to October 6, 2009. |

**IT IS HEREBY STIPULATED:**

Dated: April 28, 2009                                   THE SAXON LEONARD LAW FIRM

                                                        _____/s/_____
                                                        By: Beverly Saxon Leonard
                                                        Attorneys for Plaintiff


Dated: April 28, 2009                                   JOSEPH P. RUSSONIELO

                                                        _____/s/_____
                                                        By: Victoria R. Carradero
                                                        Assistant United States Attorney
                                                        Attorneys for Defendant

Pursuant to Stipulation, **IT IS HEREBY ORDERED** that the deadlines referenced above

1

1 | are continued as follows:
2 |     Summary judgment filing date continued from July 2, 2009 to August 20, 2009;
3 |     Summary judgment hearing date continued from August 6, 2009 to September 24, 2009;
4 |     Fact discovery cut-off date continued from June 5, 2009 to August 10, 2009;
5 |     Expert disclosure date continued from May 11, 2009 to September 1, 2009;
6 |     Rebuttal expert disclosure date continued from May 21, 2009 to September 22, 2009;
7 |     Expert discovery cut-off date continued from June 5, 2009 to October 6, 2009.

DATED: April 30, 2009

_____
Magistrate Judge Maria-Elena James