**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1
2
3
4                      UNITED STATES DISTRICT COURT
5                         Northern District of California
6
7   RICHARD WITTREN,
8                 Plaintiff(s),                No. C 08-02220 MEJ
        v.
9                                              **ORDER VACATING PRETRIAL AND**
    PETE GEREN,                                **TRIAL DATES**
10
                  Defendant(s).
11  _____/
12
13       On June 11, 2009, the parties in the above-captioned matter participated in a mediation
14  session, at which time the case settled. Accordingly, the Court hereby VACATES all pending
15  pretrial and trial dates. The parties shall file a stipulation for dismissal forthwith.
16       **IT IS SO ORDERED.**
17
18  Dated: June 24, 2009
                                               _____
19                                             Maria-Elena James
                                               United States Magistrate Judge
20
21
22
23
24
25
26
27
28