1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CSBN 217885)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9TH Floor
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7181
6      Fax: (415) 436-6748
       Email: victoria.carradero@usdoj.gov
7
   Attorneys for Defendant
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12
   RICHARD WITTREN,              )    Case No.  C 08 - 2220 MEJ
13                               )
       Plaintiff,                )    STIPULATION AND [PROPOSED]
14                               )    ORDER OF DISMISSAL WITH
       v.                        )    PREJUDICE
15                               )
   PETE GEREN, SECRETARY,        )
16 DEPARTMENT OF THE ARMY,       )
                                 )
17     Defendant.                )
                                 )
18
19
20
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Order of Dismissal with Prejudice - Case No.  C 08 - 2220 MEJ

1  Plaintiff Richard Wittren ("Plaintiff") and Defendant Pete Geren, Secretary, Department
2  of the Army, ("Defendant"), by and through their undersigned counsel, hereby stipulate to the
3  dismissal with prejudice of all claims in this lawsuit *Richard Wittren v. Pete Geren, Secretary,*
4  *Department of the Army*, United States District Court for the Northern District of California,
5  Case No. C 08-2220 - MEJ.   Each side will bear its own attorneys' fees and costs.

**IT IS HEREBY STIPULATED:**

Dated: October 7, 2009           THE SAXON LEONARD LAW FIRM

_____/s/_____
By: Beverly Saxon Leonard
Attorneys for Plaintiff

Dated: October 7, 2009           JOSEPH P. RUSSONIELO

_____/s/_____
By: Victoria R. Carradero
Assistant United States Attorney
Attorneys for Defendant

**IT IS SO ORDERED. THS CASE IS DISMISSED WITH PREJUDICE AND THE COURT CLERK IS ORDERED TO CLOSE THE FILE.**

DATED: October 7, 2009           _____
Maria-Elena James
Chief Magistrate Judge

Stipulation and [Proposed] Order of Dismissal with Prejudice - Case No.  C 08 - 2220 MEJ

1